S90G0765. COLLINS v. STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY.
(394 SE2d 353)

SMITH, Presiding Justice.

We granted certiorari in *Collins v. State Farm Mut. Auto. Ins. Co.*, 194 Ga. App. 556 (391 SE2d 16) (1990), to consider the holding of the Court of Appeals in light of the Court's recent decision in *Baker v. Southern R.*, 260 Ga. 115 (390 SE2d 576) (1990).

This case is controlled by the holding in *Baker*.

*Judgment reversed. All the Justices concur.*

DECIDED JUNE 27, 1990.

*William Q. Bird,* for appellant.

*Powell, Goldstein, Frazer & Murphy, Jerry B. Blackstock, James W. Hawkins,* for appellee.